1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   KERRI N. HARPER (Cal. State Bar No. 217377)
2  LAURA N. MONFREDINI (Cal. State Bar No. 221153)
   JENNIFER A. BLACKSTONE (Cal. State Bar No. 226951)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, California 94104
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   E-mail: jeffwohl@paulhastings.com
6
   AARON L. AGENBROAD (Cal. State Bar No. 242613)
7  JONES DAY
   555 California Street, 26th Floor
8  San Francisco, California 94104
   Telephone:   (415) 626-3939
9  Facsimile:    (415) 875-5700
   E-mail: alagenbroad@jonesday.com
10
   Attorneys for Defendant
11 International Business Machines Corporation

12
                         UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                                                    *E-FILED - 3/5/07*
15

16 | WILLIAM SYVERSON, RUTH ALICE         No. C-03-04529-RMW
   | BOYD, DALE CAHILL, JACK
17 | FRIEDMAN, PAUL GRAMKOWSKI,           **STIPULATION RE: POSTPONEMENT OF**
   | SYLVIA JONES, ROLF MARSH,            **03/09/07 CASE MANAGEMENT**
18 | WALTER MASLAK, JAMES PAYNE,          **CONFERENCE PENDING PLAINTIFFS'**
   | and ANTONIO RIVERA, individually and **PROPOSED SECOND AMENDED**
19 | on behalf of others similarly situated, **COMPLAINT; [] ORDER RE:**
                                         **SAME**
20            Plaintiffs,

21       v.

22 INTERNATIONAL BUSINESS
   MACHINES CORPORATION,
23
              Defendant.
24

25

26

27

28

Plaintiffs William Syverson, Ruth Alice Boyd, Dale Cahill, Jack Friedman, Paul Gramkowski, Sylvia Jones, Rolf Marsh, Walter Maslak, James Payne, and Antonio Rivera ("Plaintiffs") and defendant International Business Machines Corporation ("IBM"), acting through their respective counsel of record, hereby stipulate as follows:

1. On January 3, 2007, the U.S. Court of Appeals for the Ninth Circuit entered its final judgment reversing this Court's dismissal of Plaintiffs' First Amended Complaint. On January 11, 2007, the Court of Appeals issued its mandate to this Court.

2. On February 13, 2007, this Court noticed a case management conference for March 9, 2007, with a case management conference statement to be submitted by March 2, 2007.

3. The parties have met and conferred about plaintiffs' intention to file a Second Amended Complaint and the proceedings that would be associated with that anticipated pleading, including a possible stipulation by defendant to permit the pleading to be filed or a possible motion by plaintiffs for leave to file the pleading. The parties believe that due to those expected proceedings, it would be premature for the Court to convene a case management conference on March 9, 2007.

4. Instead, the parties have agreed and propose that the Court vacate the March 9, 2007, case management conference and instead adopt the following schedule with respect to plaintiffs' anticipated Second Amended Complaint and the case management conference:

| | |
|---|---|
| March 20, 2007: | Last day by which plaintiffs will submit to defendant their proposed Second Amended Complaint. |
| April 13, 2007: | Last day by which defendant will notify plaintiffs whether defendant will stipulate to the filing of plaintiffs' proposed Second Amended Complaint. |
| April 27, 2007: | Last day for parties to file a joint case management conference statement |
| May 4, 2007: | Case management conference (10:30 a.m.) |

5. In their joint case management conference statement, the parties would request, either jointly or separately, that the Court enter a briefing and hearing schedule on (i) plaintiffs' motion for leave to file their proposed Second Amended Complaint, if defendant does not stipulate to the filing of

1  plaintiffs' proposed Second Amended Complaint; or (ii) defendant's motion to dismiss, in whole or part,
2  plaintiffs' Second Amended Complaint, and/or any related motion, if defendant stipulates to the filing of
3  the Second Amended Complaint. Until such time as the Court adopted a briefing and hearing schedule,
4  defendant's time to respond to the First or Second Amended Complaint would not come due.

5        6.    Nothing in this stipulation is intended or will have the effect to waive any claim, defense,
6  or objection by any party.

Dated:  February __, 2007.

JEFFREY NEIL YOUNG
PATRICK McTEAGUE
McTEAGUE, HIGBEE, CASE, COHEN, WHITNEY & TOKER, P.A.


By: _____
Jeffrey Neil Young
Attorneys for Plaintiffs William Syverson, Ruth Alice Boyd, Dale Cahill, Jack Friedman, Paul Gramkowski, Sylvia Jones, Rolf Marsh, Walter Maslak, James Payne, and Antonio Rivera

Dated:  February __, 2007.

JEFFREY D. WOHL
KERRI N. HARPER
LAURA N. MONFREDINI
JENNIFER A. BLACKSTONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

AARON L. AGENBROAD
JONES DAY


By:  /s/ Jeffrey D. Wohl_____
Jeffrey D. Wohl
Attorneys for Defendant
International Business Machines Corporation

1  plaintiffs' proposed Second Amended Complaint; or (ii) defendant's motion to dismiss, in whole or part,
2  plaintiffs' Second Amended Complaint, and/or any related motion, if defendant stipulates to the filing of
3  the Second Amended Complaint. Until such time as the Court adopted a briefing and hearing schedule,
4  defendant's time to respond to the First or Second Amended Complaint would not come due.

5      6.    Nothing in this stipulation is intended or will have the effect to waive any claim, defense,
6  or objection by any party.

7  Dated: February 27, 2007.        JEFFREY NEIL YOUNG
                                    PATRICK McTEAGUE
8                                   McTEAGUE, HIGBEE, CASE, COHEN, WHITNEY &
                                    TOKER, P.A.
9
10                                  By: _____
                                         Jeffrey Neil Young
11                                  Attorneys for Plaintiffs William Syverson, Ruth Alice
                                    Boyd, Dale Cahill, Jack Friedman, Paul Gramkowski,
12                                  Sylvia Jones, Rolf Marsh, Walter Maslak, James
                                    Payne, and Antonio Rivera
13

14  Dated: February __, 2007.       JEFFREY D. WOHL
                                    KERRI N. HARPER
15                                  LAURA N. MONFREDINI
                                    JENNIFER A. BLACKSTONE
16                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

17                                  AARON L. AGENBROAD
                                    JONES DAY
18

19                                  By: _____
                                         Jeffrey D. Wohl
20                                  Attorneys for Defendant
                                    International Business Machines Corporation
21
22
23
24
25
26
27
28

LEGAL_US_W # 55685818.1                           STIP RE: CMC POSTPONEMENT, ORDER
                                                  U.S.D.C, N.D. Cal., No. No. C-03-04529-RMW

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED:

1. The case management conference previously noticed for March 9, 2007, be and is hereby VACATED.

2. On or before March 20, 2007, plaintiffs will submit to defendant their proposed Second Amended Complaint.

3. On or before April 13, 2007, defendant will notify plaintiffs whether defendant will stipulate to the filing of plaintiffs' proposed Second Amended Complaint.

4. A case management conference will take place on May 4, 2007, at 10:30 a.m.

5. A joint case management conference statement will be filed on or before April 27, 2007. In their statement, the parties will request, either jointly or separately, that the Court enter a briefing and hearing schedule on (i) plaintiffs' motion for leave to file their proposed Second Amended Complaint, if defendant does not stipulate to the filing of plaintiffs' proposed Second Amended Complaint; or (ii) defendant's motion to dismiss, in whole or part, plaintiffs' Second Amended Complaint, and/or any related motion, if defendant stipulates to the filing of the Second Amended Complaint.

6. Until such time as the Court adopts a briefing and hearing schedule, defendant's time to respond to the First or Second Amended Complaint will not come due.

Dated: March 5, 2007.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge