1
JEFFREY NEIL YOUNG  (ME Bar No. 3874)
PATRICK N. McTEAGUE  (ME Bar No. 621)
2
McTEAGUE, HIGBEE, CASE, COHEN,
WHITNEY & TOKER, P.A.
3
P.O. Box 5000
Topsham, ME 04086
4
Telephone:      (207) 725-5581
Facsimile:      (207) 725-1090
5
Email:       jyoung@me-law.com
Email:       pmcteague@me-law.com
6
(Additional counsel listed on next page)
7
Attorneys for Plaintiffs

8
JEFFREY D. WOHL (Cal. State Bar No. 96838)
9
KERRI N. HARPER (Cal. State Bar No. 217377)
JENNIFER A. BLACKSTONE (Cal. State Bar No. 226951)
10
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
11
San Francisco, California 94104                    E-FILED 11/6/07
Telephone:      (415) 856-7000
12
Facsimile:      (415) 856-7100
E-mail:       jeffwohl@paulhastings.com
13
             kerriharper@paulhastings.com
             jenniferblackstone@paulhastings.com
14
(Additional counsel listed on next page)
15
Attorneys for Defendant
International Business Machines Corporation
16

17                        UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19
WILLIAM SYVERSON, PATRICK BOONE, LEE          Case No. C 03 04529 RMW
20
DESHLER, ROBERT FLOWERS, BARRY GERARD,
TINA GLEISNER, THOMAS GOMEZ, EDWIN
21
"DANA" GOODLOE, ROLF MARSH, DANIEL
MOCZAN, JAMES PAYNE, and ANTONIO RIVERA,
22
individually and on behalf of others similarly situated,    [PROPOSED] ORDER GRANTING
            Plaintiffs,                       ENLARGEMENT OF TIME TO
23                                            FILE THIRD AMENDED
                                              COMPLAINT
24
       v.

25
INTERNATIONAL BUSINESS MACHINES
CORPORATION,
26
            Defendant.

27

28
                                                                                    1

Additional Counsel for Plaintiffs:

TERESA DEMCHAK  (CA Bar No. 123989)
MORRIS BALLER  (CA Bar No. 48928
HEATHER MILLS  (CA Bar No. 215293)
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone:    (510) 763-9800
Facsimile:    (510) 835-1417
Email:        tdemchak@gdlegal.com
Email:        mballer@gdlegal.com
E-mail:       hmills@gdblegal.com


CHRISTOPHER PLATTEN  (CA Bar No.  111971)
WYLIE, McBRIDE, PLATTEN & RENNER
2125 Canoas Avenue, Suite 120
San Jose, California 95125
Telephone:    (408) 979-2920
Facsimile:    (408) 979-2934
Email:        cplatten@wmpr.com


Additional Counsel for Defendant
International Business Machines Corporation:

GLEN D. NAGER  (D.C. Bar No. 385405)  (admitted *pro hac vice*)
ALISON B. MARSHALL  (D.C. Bar No. 426168)  (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:    (202) 879-7611
Facsimile:    (202) 626-1700
Email:        gdnager@jonesday.com
Email:        abmarshall@jonesday.com


AARON L. AGENBROAD (Cal. State Bar No. 242613)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
E-mail:       alagenbroad@jonesday.com


TRACI L. LOVITT  (N.Y. Bar No. 2872638) (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

Email:        tlovitte@jonesday.com

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED:

Plaintiffs, William Syverson, *et al.* are granted an extension of the time period to file a Third Amended Complaint from October 23, 2007 to November 6, 2007.

Dated:     11/6/, 2007

/s/ Ronald M. Whyte

_____

Ronald M. Whyte
United States District Judge