*E-FILED - 2/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SYVERSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | No. C-03-04529-RMW<br><br>ORDER ASSIGNING PREPARATION OF DISCOVERY PLAN TO MAGISTRATE JUDGE |

This matter is assigned to Magistrate Judge Patricia V. Trumbull to assist the parties in developing and finalizing a discovery plan for the period prior to the class certification motion set for November 21, 2008 @ 9:00 a.m.

Dated: February 11, 2008

*/s/ Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: