1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                                NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN JOSE DIVISION

11

12   WILLIAM SYVERSON, et al.,                    )        Case No.: C 03-4529 RMW (PVT)
                                                  )
13                        Plaintiffs,             )        **DISCOVERY PLAN ORDER FOR**
                                                  )        **INITIAL PHASE OF DISCOVERY**
14        v.                                      )
                                                  )
15   INTERNATIONAL BUSINESS                       )
     MACHINES CORPORATION,                        )
16                                                )
                          Defendant.              )
17   _____ )

18        On February 11, 2008, District Judge Whyte issued an order referring the parties to

19   Magistrate Judge Trumbull for assistance in preparing a discovery plan for the period before the

20   class certification motion.  The parties never scheduled any hearing or conference date with

21   Magistrate Judge Trumbull.  It has now come to the court's attention that, on March 17, 2008, the

22   parties filed a document entitled [Proposed] Initial Phase Discovery Order.  This document was

23   overlooked by the court because it was docketed as a proposed order rather than a stipulation of the

24   parties.  *See* Civ.L.R. 7-1(a) (request for order must be presented to the court by motion or

25   stipulation).  On June 2, 2008, the parties filed a second "proposed order" in which they have

26   modified the provisions of their prior stipulation.  Based on two stipulations filed and the file herein,

27        IT IS HEREBY ORDERED that the parties shall file their request for continuance of hearing

28   dates before District Judge Whyte in the form of a joint motion and proposed order for his

ORDER, *page 1*

1  determination.

2      IT IS FURTHER ORDERED that the court issues the following discovery plan order for the

3  period before the class certification motion.

4

5                                **Discovery Schedule**

6      The following schedule shall apply to discovery in advance of the anticipated motion for

7  class certification:

8      Plaintiffs' Rule 26(a)(2)(A) disclosures.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 11, 2008

9      Plaintiffs' expert(s) to be available for deposition . . . . . . . . . . . . . . . . . . July 24 or 25, 2008

10     Plaintiffs' Identification of Declarants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 8, 2008

11     Defendant's Rule 26(a)(2)(A) disclosures.. . . . . . . . . . . . . . . . . . . . . . . . . . . August 19, 2008

12     Defendant's expert(s) to be available for deposition . . . . . . . . . . . . September 5, 8 or 9, 2008

13     Deadline for Experts' Supplemental Reports . . . . . . . . . . . . . . . . . . . . . . September 25, 2008

14     Non-Expert Discovery Deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 10, 2008

15     Last day to file discovery motions for this phase.. . . . . . . . . . . . . . . . . . . . . . October 21, 2008

16

17                                **Written Discovery**

18     Written discovery during this phase shall be limited to document requests, except that

19  Defendant may choose up to five putative opt-ins to whom Defendant may propound up to ten

20  interrogatories each.  Defendant shall produce the personnel file, selection worksheets, performance

21  evaluations, and memoranda or notes that record or reflect why each putative opt-in was selected for

22  lay-off at the time it propounds its interrogatories related to each.

23

24                            **Depositions of Fact Witnesses**

25     Defendant may depose up to six named Plaintiffs and up to ten putative opt-ins, each to be

26  chosen by Defendant, with no limitation on the scope of such depositions.  All such depositions shall

27  be limited to the seven hours provided for in Rule 30(d)(l).  Plaintiff shall identify declarants in

28  support of their class notice motion at least 55 days before the close of discovery.  Defendant may

1    depose up to fifteen of such declarants, chosen by Defendant, who were named in Plaintiffs' Initial

2    Disclosures dated January 25, 2008.  Additionally, Defendant may depose any declarants who were

3    not named in Plaintiffs' Initial Disclosures dated January 25, 2008.  All depositions of declarants

4    shall be limited to three and one-half hours (not counting breaks), but shall not be limited in scope.

5    Defendant shall produce the personnel files, selection worksheets, performance evaluations, and

6    memoranda or notes that record or reflect why each Plaintiff, putative opt-in, or declarant was

7    selected for layoff at least ten days prior to the deposition of each.

8         Plaintiffs may conduct one or more depositions pursuant to Rule 30(b)(6) on topics

9    preliminarily identified in the parties Joint Case Management Conference Statement and Proposed

10   Order dated January 15, 2008.

11

12                          **Depositions of Expert Witnesses**

13        The parties will be permitted to depose all expert witnesses identified by the opposing party.

14   All such depositions shall be limited to the seven hours provided for in Rule 30(d)(l) unless the

15   parties agree to allow additional time.  Agreement to another party's request to allow additional time

16   for an expert deposition shall not be unreasonably withheld.

17   Dated: *6/3/08*

18                                  _____
                                    PATRICIA V. TRUMBULL
19                                  United States Magistrate Judge

20

21

22

23

24

25

26

27

28

ORDER, *page 3*