| | |
|---|---|
| 1 | GLEN D. NAGER (D.C. Bar No. 385405) (admitted *pro hac vice*) |
| | ALISON B. MARSHALL (D.C. Bar No. 426168) (admitted *pro hac vice*) |
| 2 | JONES DAY |
| | 51 Louisiana Ave., N.W. |
| 3 | Washington, D.C. 20001 |
| | Telephone:   (202) 879-3939 |
| 4 | Facsimile:   (202) 626-1700 |
| | Email:   gdnager@jonesday.com |
| 5 |   abmarshall@jonesday.com |
| 6 | (Additional counsel listed on next page) |
| 7 | Attorneys for Defendant |
| | International Business Machines Corporation |
| 8 | |
| | TERESA DEMCHAK  (CA Bar No. 123989) |
| 9 | MORRIS BALLER  (CA Bar No. 48928) |
| | HEATHER MILLS  (CA Bar No. 215293) |
| 10 | GOLDSTEIN, DEMCHAK, BALLER, |
| | BORGEN & DARDARIAN |
| 11 | 300 Lakeside Drive, Suite 1000 |
| | Oakland, California  94612 |
| 12 | Telephone:   (510) 763-9800 |
| | Facsimile:   (510) 835-1417 |
| 13 | Email:   tdemchak@gdlegal.com |
| | Email:   mballer@gdlegal.com |
| 14 | Email:   hmills@gdlegal.com |
| 15 | (Additional counsel listed on next page) |
| 16 | Attorneys for Plaintiffs |

*E-FILED - 6/26/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | WILLIAM SYVERSON, PATRICK BOONE, | No. C-03-04529-RMW |
| 21 | LEE DESHLER, ROBERT FLOWERS, | |
| | BARRY GERARD, TINA GLEISNER, | **STIPULATION RE: CONTINUANCE** |
| 22 | THOMAS GOMEZ, EDWIN "DANA" | **OF 11/21/08 CLASS CERTIFICATION** |
| | GOODLOE, ROLF MARSH, DANIEL | **MOTION HEARING; [PROPOSED]** |
| 23 | MOCZAN, JAMES PAYNE, AND | **ORDER RE: SAME** |
| | ANTONIO RIVERA, individually and on | |
| 24 | behalf of other similarly situated, | |
| 25 |           Plaintiffs, | |
| 26 |      v. | |
| 27 | INTERNATIONAL BUSINESS MACHINES CORPORATION, | |
| 28 |           Defendant. | |

| | |
|---|---|
| 1 | Additional Counsel for Defendant |
| 2 | International Business Machines Corporation: |
| 3 | AARON L. AGENBROAD (Cal. State Bar No. 242613) |
| | JONES DAY |
| 4 | 555 California Street, 26th Floor |
| | San Francisco, California  94104 |
| 5 | Telephone:     (415) 626-3939 |
| | Facsimile:     (415) 875-5700 |
| 6 | Email:         alagenbroad@jonesday.com |
| 7 | TRACI L. LOVITT (N.Y. Bar No. 2872638) (admitted *pro hac vice*) |
| | JONES DAY |
| 8 | 222 East 41st Street |
| | New York, New York  10017 |
| 9 | Telephone:     (212) 326-3939 |
| | Facsimile:     (212) 755-7306 |
| 10 | Email:        tlovitt@jonesday.com |
| 11 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | KERRI N. HARPER (Cal. State Bar No. 217377) |
| 12 | JENNIFER A. BLACKSTONE (Cal. State Bar No. 226951) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 13 | 55 Second Street, 24th Floor |
| | San Francisco, California   94105 |
| 14 | Telephone:     (415) 856-7000 |
| | Facsimile:     (415) 856-7100 |
| 15 | Email:         jeffwohl@paulhastings.com |
| | kerriharper@paulhastings.com |
| 16 | jenniferblackstone@paulhastings.com |
| 17 | Additional Counsel for Plaintiffs: |
| 18 | JEFFREY NEIL YOUNG  (ME Bar No. 3874) |
| | PATRICK N. McTEAGUE  (ME Bar No. 621) |
| 19 | McTEAGUE, HIGBEE, CASE, COHEN |
| | WHITNEY & TOKER, P.A. |
| 20 | P.O. Box 5000 |
| | Topsham, ME  04086 |
| 21 | Telephone:     (207) 725-5581 |
| | Facsimile:     (207) 725-1090 |
| 22 | Email:         jyoung@me-law.com |
| | Email:         pmcteague@me-law.com |

1  Plaintiffs William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne and Antonio Rivera ("Plaintiffs"), by and through the undersigned counsel, and Defendant, International Business Machines Corporation ("IBM"), by and through the undersigned counsel, hereby stipulate as follows:

    1.  By order dated February 1, 2008, the Court set a hearing for the class certification motion on November 21, 2008 at 9:00 a.m.

    2.  By order dated February 11, 2008, the Court assigned Magistrate Judge Patricia V. Trumbull to assist the parties in developing and finalizing a discovery plan.

    3.  Following the case management conference before the Court on February 1, 2008, counsel for the parties conferred and agreed to a schedule for the initial phase of discovery. The parties also agreed that the parties' motion practice at this stage shall be limited to plaintiffs' class notice motion, procedural dispositve motions and a merits dispositive motion as to plaintiff Rolf Marsh.

    4.  Subsequent to these events, the parties have been actively involved and working diligently to complete the first phase of discovery. However, the discovery, particularly the discovery of certain electronic data, has taken longer than either party anticipated.

    5.  Therefore, the parties conferred and agreed to a revised discovery schedule which Magistrate Judge Trumbull approved by Order dated June 3, 2008.

    6.  The parties have also agreed and propose that the Court continue the November 21, 2008 hearing date to February 27, 2009, March 6, 2009 or March 13, 2009, or another date thereafter convenient to the Court, at which time the Court will hear the plaintiffs' class notice motion, any procedural dispositive motions and any merits dispositive motion as to plaintiff Rolf Marsh.

    7.  The parties have also agreed and propose that the Court approve the following briefing deadlines for class certification and initial dispositive motions:

| | |
|---|---|
| Motion for Provisional Certification | November 14, 2008 |
| Initial Dispositive Motions | November 14, 2008 |
| Oppositions to Motions | December 19, 2008 |

| Replies in Support of Motions | January 26, 2009 |
|---|---|

8.   This is the first request for an extension of the hearing deadline made by the parties and is not interposed for the purpose of delay.

WHEREFORE, Plaintiffs, William Syverson, *et al.* and Defendant, International Business Machines Corporation, stipulate that the hearing for the class certification be extended from November 21, 2008 to February 27, 2009, March 6, 2009, or March 13, 2009 and also encompass any preliminary dispositive motions, and that the motions deadlines listed above be approved.

Dated: June 5, 2008

JEFFREY NEIL YOUNG
PATRICK McTEAGUE
McTEAGUE, HIGBEE, CASE, COHEN
WHITNEY & TOKER, PA

TERESA DEMCHAK
MORRIS BALLER
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

By: /s/ Morris J. Baller
Attorneys for Plaintiffs

Dated: June 5, 2008

GLEN D. NAGER
ALISON B. MARSHALL
AARON L. AGENBROAD
TRACI L. LOVITT
JONES DAY

JEFFREY D. WOHL
KERRI N. HARPER
JENNIFER A. BLACKSTONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Alison B. Marshall
Attorneys for Defendant
International Business Machines Corporation

# ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED:

1. The hearing for the class certification motion previously noticed for November 21, 2008, is hereby continued.

2. The Court issues the following deadlines:

| | |
|---|---|
| Motion for Provisional Certification | November 14, 2008 |
| Initial Dispositive Motions | November 14, 2008 |
| Oppositions to Motions | December 19, 2008 |
| Replies in Support of Motions | January 26, 2009 |
| Hearing for Motion for Provisional Certification and Initial Dispositive Motions | March 6, 2009 |

Dated: June 26, 2008.

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

WAI-2879637v2