1  GLEN D. NAGER (D.C. Bar No. 385405) (admitted *pro hac vice*)
   ALISON B. MARSHALL (D.C. Bar No. 426168) (admitted *pro hac vice*)
2  JONES DAY
   51 Louisiana Ave., N.W.
3  Washington, D.C. 20001
   Telephone:    (202) 879-3939
4  Facsimile:    (202) 626-1700
   Email:        gdnager@jonesday.com
5                abmarshall@jonesday.com

6  (Additional counsel listed on next page)

7  Attorneys for Defendant
   International Business Machines Corporation
8
   TERESA DEMCHAK  (CA Bar No. 123989)
9  MORRIS BALLER  (CA Bar No. 48928)
   HEATHER MILLS  (CA Bar No. 215293)
10 GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
11 300 Lakeside Drive, Suite 1000
   Oakland, California  94612
12 Telephone:    (510) 763-9800
   Facsimile:    (510) 835-1417
13 Email:        tdemchak@gdlegal.com
   Email:        mballer@gdlegal.com
14 Email:        hmills@gdlegal.com

15 (Additional counsel listed on next page)

16 Attorneys for Plaintiffs

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  WILLIAM SYVERSON, PATRICK BOONE, LEE DESHLER, ROBERT FLOWERS, BARRY GERARD, TINA GLEISNER, THOMAS GOMEZ, EDWIN "DANA" GOODLOE, ROLF MARSH, DANIEL MOCZAN, JAMES PAYNE, and ANTONIO RIVERA, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>       Defendant. | No. C-03-04529-RMW<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME ON MOTION TO STRIKE REPORT OF PLAINTIFFS' EXPERT, DAVID NEUMARK; and** [PROPOSED] **ORDER**<br><br>DATE:         NOVEMBER 4, 2008<br>TIME:         10:00 A.M.<br>COURTROOM: 5, 4TH FLOOR<br>JUDGE:        HON. RONALD M. WHYTE<br>**MAG. JUDGE: PATRICIA V. TRUMBULL** |

NYI-4128265v1

Stip. Re: Mot. to Expedite
Mot. to Strike Neumark Report
C-03-04529

Additional Counsel for Defendant
International Business Machines Corporation:

AARON L. AGENBROAD (Cal. State Bar No. 242613)
JONES DAY
555 California Street, 26th Floor
San Francisco, California  94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700
Email:         alagenbroad@jonesday.com

TRACI L. LOVITT (N.Y. Bar No. 2872638) (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         tlovitt@jonesday.com


JEFFREY D. WOHL (Cal. State Bar No. 96838)
KERRI N. HARPER (Cal. State Bar No. 217377)
JENNIFER A. BLACKSTONE (Cal. State Bar No. 226951)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
Email:         jeffwohl@paulhastings.com
               kerriharper@paulhastings.com
               jenniferblackstone@paulhastings.com

Additional Counsel for Plaintiffs:

JEFFREY NEIL YOUNG  (ME Bar No. 3874)
PATRICK N. McTEAGUE  (ME Bar No. 621)
McTEAGUE, HIGBEE, CASE, COHEN
WHITNEY & TOKER, P.A.
P.O. Box 5000
Topsham, ME  04086
Telephone:     (207) 725-5581
Facsimile:     (207) 725-1090
Email:         jyoung@me-law.com
Email:         pmcteague@me-law.com

Pursuant to Civil L.R. 6-2, Defendant International Business Machines Corporation ("IBM") and Plaintiffs William Syverson *et al.* ("Plaintiffs") through their respective counsel, hereby request the Court shorten the time for briefing and hearing IBM's Motion to Strike the Report of Plaintiff's Expert, David Neumark.

The parties request an expedited briefing schedule to allow both sides time to integrate the Court's ruling into the anticipated Plaintiffs' Motion for Provisional Certification and IBM's dispositive motion briefs. Under the normal operation of the Local Rules, the earliest this Court could hear IBM's Motion is November 18, 2008. Under Judge Whyte's Motion Schedule, however, the aforementioned motions are due on November 14, 2008. To brief the motions properly, the parties need to know whether Dr. Neumark's Report will be stricken or allowed as evidence in advance of November 14, 2008. Thus, this Court's ruling on the Motion to Strike will materially affect counsel's preparation and the briefing due prior to the day any hearing could be scheduled under the usual application of the Local Rules.

Pursuant to Civil L.R. 6-2, the reasons for the requested shortening of time are also set forth with particularity in the accompanying Declaration of Alison B. Marshall in Support of Stipulated Request for Order Shortening Time.

The proposed briefing and hearing dates, as agreed to by the parties and subject to the Court's availability and approval, are as follows:

| | |
|---|---|
| Defendants' opening brief due: | October 10, 2008 |
| Plaintiff's opposition brief due: | October 22, 2008 |
| Defendants' reply brief due: | October 29, 2008 |
| Hearing: | November 4, 2008 at 10 a.m. |

NYI-4128265v1

1

Stip. Re: Mot. to Expedite
Mot. to Strike Neumark Report
C-03-04529

1  WHEREFORE, Plaintiffs, William Syverson, *et al.* and Defendant, International Business Machines Corporation, stipulate that the briefing period for IBM's Motion to Strike should be shortened as set forth above and Your Honor notice a hearing on the Motion for November 4, 2008.

Dated:  October 9, 2008

JEFFREY NEIL YOUNG
PATRICK McTEAGUE
McTEAGUE, HIGBEE, CASE, COHEN
WHITNEY & TOKER, PA

TERESA DEMCHAK
MORRIS BALLER
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

By: _____/s/_____

Attorneys for Plaintiffs

Dated:  October 9, 2008

GLEN D. NAGER
ALISON B. MARSHALL
AARON L. AGENBROAD
TRACI L. LOVITT
JONES DAY

JEFFREY D. WOHL
KERRI N. HARPER
JENNIFER A. BLACKSTONE
PAUL, HASTINGS, JANOFSKY &
WALKER LLP

By: _____/s/_____

Attorneys for Defendant
International Business Machines Corporation

IT IS SO ORDERED

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

DATE:  10/16/08