1  Jeffrey Neil Young (Maine SBN 3874)
   Patrick McTeague (Maine SBN 621)
2  MCTEAGUE, HIGBEE, CASE, COHEN,
       WHITNEY & TOKER, PA
3  P.O. Box 5000
   Topsham, ME  04086
4  Telephone:     (207) 725-5581
   Facsimile:     (207) 725-1090
5  E-mail:        jyoung@me-legal.com
   E-mail:        pmcteague@ me-legal.com
6
   Teresa Demchak (SBN 123989)
7  Morris J. Baller (SBN 048928)
   Heather Mills (SBN 215293)
8  Lin Chan, (SBN 255027)
   GOLDSTEIN, DEMCHAK, BALLER,
9      BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
10 Oakland, CA  94612
   Telephone:     (510) 763-9800
11 Facsimile:     (510) 835-1417
   E-mail:        tdemchak@gdblegal.com
12 E-mail:        mballer@gdblegal.com
   E-mail         hmills@gdblegal.com
13 E-mail:        lchan@gdblegal.com

14 Christopher Platten (SBN 111971)
   WYLIE, MCBRIDE, PLATTEN & RENNER
15 2125 Canoas Garden Avenue, Suite 120                *E-FILED - 12/24/08*
   San Jose, CA  95125
16 Telephone:     (408) 979-2920
   Facsimile:     (408) 979-2934
17 E-mail:        cplatten@wmpr.com

   *Attorneys for Plaintiffs*
18
                    UNITED STATES DISTRICT COURT
19                  NORTHERN DISTRICT OF CALIFORNIA
                           SAN JOSE DIVISION
20
21 | | |
   |---|---|
   | WILLIAM SYVERSON, PATRICK BOONE, LEE DESHLER, ROBERT FLOWERS, BARRY GERARD, TINA GLEISNER, THOMAS GOMEZ, EDWIN "DANA" GOODLOE, ROLF MARSH, DANIEL MOCZAN, JAMES PAYNE, and ANTONIO RIVERA, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. C 03 04529 RMW<br><br>**STIPULATION RE: ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF ROLF MARSH; [PROPOSED] ORDER RE: SAME** |

   ---
   STIP RE EXTENSION OF TIME TO RESPOND TO DEFS MOT FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF ROLF MARSH
   - CASE NO. C 03 04529 RMW
   1

Plaintiffs William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne, and Antonio Rivera ("Plaintiffs") and Defendant International Business Machines Corporation ("IBM"), acting through their respective counsel of record, hereby stipulate that Plaintiffs shall have an enlargement of time, from December 19, 2008 until December 29, 2008, to file their Opposition to Defendant's Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh and that Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh shall be extended from January 26, 2009 to February 5, 2009, as follows:

1. Per the Court's Order dated June 26, 2008, the deadline for filing initial dispositive motions was November 14, 2008, and the opposition deadline is December 19, 2008. There have been no modifications to these two deadlines.

2. On November 14, 2008, Defendant IBM filed a Notice of Motion and Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh and Memorandum in Support of Motion.

3. This enlargement is necessary due to Plaintiffs' attorneys other time commitments, including:

 a) Preparation of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment on Statute of Limitations & Procedural Grounds, which is due in this case on December 19, 2008;

 b) All-day deposition on November 21, 2008;

 c) Administrative agency hearings and meetings on November 19, 2008 and December 5, 2008;

 d) Thanksgiving holiday (November 27 and 28, 2008);

 e) Out-of-town meetings and case work, December 16-19, 2008; and

 f) Scheduled vacation from December 22 to December 26, 2008.

1  4. This enlargement of time will not affect the scheduled hearing date set for March 6, 2009.

WHEREFORE, Plaintiffs, William Syverson, *et al.,* and Defendant, International Business Machines, stipulate that the time for Plaintiffs to file their Opposition to Defendant's Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh be extended from December 19, 2008 to December 29, 2008, and that Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh shall be extended from January 26, 2009 to February 5, 2009.

Dated: December 19, 2008

JEFFREY NEIL YOUNG
PATRICK MCTEAGUE
MCTEAGUE, HIGBEE, CASE, COHEN,
   WHITNEY & TOKER, PA

TERESA DEMCHAK
MORRIS J. BALLER
HEATHER MILLS
LIN CHAN
GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
   DARDARIAN

CHRISTOPHER PLATTEN
WYLIE, MCBRIDE, PLATTEN & RENNER


By:   /s/
    Jeffrey Neil Young

*Attorneys for Plaintiffs*

3

| | | |
|---|---|---|
| 1 | Dated: December 19, 2008 | GLEN D. NAGER |
| 2 | | ALISON B. MARSHALL<br>TRACI L. LOVITT |
| 3 | | AARON L. AGENBROAD<br>JONES DAY |
| 4 | | JEFFREY D. WOHL |
| 5 | | KERRI N. HARPER<br>JENNIFER A. BLACKSTONE |
| 6 | | PAUL, HASTINGS |

By:  /s/  
     Alison B. Marshall

*Attorneys for Defendant*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On the stipulation of the parties, and good cause appearing therefore, |
| 3 | IT IS ORDERED: |
| 4 | 1. The deadline for filing of Plaintiffs' Opposition to Defendant's Motion for |
| 5 | Summary Judgment on the Claims of Plaintiff Rolf Marsh be extended to December 29, 2008. |
| 6 | 2. The deadline for filing of Defendant's Reply to Plaintiff's Opposition to |
| 7 | Defendant's Motion for Summary Judgment on the Claims of Plaintiff Rolf Marsh be extended |
| 8 | to February 5, 2008. ] |

Dated: December 24, 2008

*/s/ Ronald M. Whyte*
Ronald M. Whyte
United States District Judge