UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SYVERSON, PATRICK BOONE, LEE DESHLER, ROBERT FLOWERS, BARRY GERARD, TINA GLEISNER, THOMAS GOMEZ, EDWIN "DANA" GOODLOE, ROLF MARSH, DANIEL MOCZAN, JAMES PAYNE, and ANTONIO RIVERA, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | ***E-FILED - 1/29/09*** <br><br><br> Case No. C 03 04529 RMW <br> ORDER OF <br> **DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Named Plaintiffs William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne, and Antonio Rivera, as evidenced by the signatures of all attorneys of record, DISMISS WITH PREJUDICE, any and all claims against Defendant that were or could have been raised in the above-styled lawsuit. Each party agrees to bear his/her or its own costs in this litigation.

Submitted this 29 day of January, 2009.

Agreed to on behalf of each of the Named Plaintiffs:

*/s/ Morris J. Baller*

Jeffrey Neil Young (Maine SBN 3874)
Patrick McTeague (Maine SBN 621)
MCTEAGUE, HIGBEE, CASE, COHEN,
WHITNEY & TOKER, PA
P.O. Box 5000
Topsham, ME 04086
(207) 725-5581— Telephone
(207) 725-1090 — Telecopier

Teresa Demchak (SBN 123989)
Morris J. Baller (SBN 048928)
Heather Mills (SBN 215293)
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800 — Telephone
(510) 835-1417— Telecopier

Christopher Platten (SBN 111971)
WYLIE, MCBRIDE, PLATTEN & RENNER
2125 Canoas Garden Avenue, Suite 120
San Jose, CA 95125
(408) 979-2920 — Telephone
(408) 979-2934 — Telecopier

Attorneys for Named Plaintiffs William Syverson, Patrick Boone, Lee Deshler, Robert Flowers, Barry Gerard, Tina Gleisner, Thomas Gomez, Edwin "Dana" Goodloe, Rolf Marsh, Daniel Moczan, James Payne, Antonio Rivera

Agreed to on behalf of Defendant:

*/s/ Alison B. Marshall*

Glen D. Nager (D.C. Bar 385405)
Alison B. Marshall (D.C. Bar 426168)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 — Telephone
(202) 626-1700 — Telecopier

Attorneys for Defendant International Business Machines Corporation

The Court, SO ORDERS THIS __29__ day of __January__, 2009, that the case is DISMISSED WITH PREJUDICE.

*Ronald M. Whyte*

Hon. Ronald J. Whyte
U.S. District Court Judge